CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 13 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GORDON BOWMAN, | ) | |
|     Petitioner, | ) | Civil Action No. 7:10-cv-00357 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JOHN JABE, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Bowman's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED without prejudice**, his motion to proceed in forma pauperis is **DENIED as moot**, and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 13th day of August, 2010.

United States District Judge